IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Destiny McCarrick, a single woman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Connecticut General Life Insurance Company, a Cigna Corp. company, a Delaware corporation; and Bluegreen Corporation Group Benefits Plan,<br><br>　　　　　Defendants. | No. CV-12-01676-PHX-GMS<br><br>**ORDER** |

　　　　Pursuant to the parties' Joint Stipulation to Transfer Venue (Doc. 13),

　　　　**IT IS ORDERED** granting the stipulation and directing the Clerk of Court to transfer this matter to the United States District Court for the Southern District of Florida, West Palm Beach Division.

　　　　Dated this 27th day of September, 2012.

_____
G. Murray Snow
United States District Judge